# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>   Plaintiff,<br><br> v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION FIRST WATCH<br>A-4A-4 DIRECTOR, et al.,<br><br>   Defendants.<br>_____/ | CASE NO. 1:06-CV-01198-AWI-SMS-P<br><br>ORDER STRIKING COMPLAINT FOR LACK OF SIGNATURE (Doc. 1)<br><br>ORDER REQUIRING PLAINTIFF TO FILE SIGNED AMENDED COMPLAINT AND SUBMIT $350.00 FILING FEE WITHIN THIRTY DAYS OR ACTION WILL BE DISMISSED |

   Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 1, 2006, but has neither filed an application to proceed in forma pauperis nor paid the $350.00 filing fee.

   Plaintiff did not sign his complaint. All filings submitted to the Court must bear the original signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Because plaintiff failed to sign his complaint, it must be stricken from the record.

   Proceedings in forma pauperis are governed by 28 U.S.C. § 1915. Section 1915(g) provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." As of September 25, 2006, plaintiff has filed one-hundred twenty-four

actions in the United States District Court for the Eastern District of California, forty-four of which were filed in September alone. Plaintiff has had three or more actions dismissed as frivolous, as malicious, or for failing to state a claim upon which relief may be granted.[1] Thus, plaintiff is subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is, at the time the complaint is filed, under imminent danger of serious physical injury.

The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts supporting a finding he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis in this action, and must submit the appropriate filing fee in order to proceed.

Based on the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's complaint is STRICKEN from the record for lack of signature;

2. Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma pauperis in this action;

3. Within **thirty (30) days** from the date of service of this order, plaintiff shall (1) file an amended complaint bearing his original signature and (2) submit the $350.00 filing fee in full; and

4. If plaintiff fails to comply with this order in whole or in part, this action shall be dismissed.

IT IS SO ORDERED.

**Dated:   October 3, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                   UNITED STATES DISTRICT JUDGE

---

[1] Among the dismissals counting as strikes under section 1915(g) are 1:06-CV-00671-OWW-SMS-P Weaver v. California Correctional Institution Confinement SHU (dismissed July 17, 2006, for failure to state a claim and frivolousness); 1:06-CV-00775-OWW-LJO-P Weaver v. California Correctional Institution - Third Watch Sergeant (dismissed July 17, 2006, for failure to state a claim and frivolousness); and 1:06-CV-00863-OWW-SMS-P Weaver v. California Correctional Institution Law Library (dismissed August 1, 2006, for failure to state a claim and frivolousness).